NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD L. ABRAMS,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2011-3177

---

Petition for review of the Merit Systems Protection Board in case no. CB7521080001-T-1.

---

**ON MOTION**

---

**ORDER**

The Association of Administrative Law Judges, appearing in this petition as amicus curiae, moves for leave to participate in oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred to the merits panel assigned to hear this case. Copies of this order and the motion shall be transmitted to the merits panel.

FOR THE COURT

__JUL 2 7 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Peter B. Broida, Esq.
    Elizabeth M. Hosford, Esq.
    Donald Joseph Willy, Esq.

s8

FILED
U.S. COURT OF APPEALS F
THE FEDERAL C

JUL 2 7 2012

JAN HORBALY
CLERK